SEPTEMBER 16, 2002

No. 02A172. McClure v. Galvin, Secretary of Commonwealth of Massachusetts. Sup. Jud. Ct. Mass. Application for stay and injunctive relief, addressed to Justice Stevens and referred to the Court, denied.

SEPTEMBER 17, 2002

No. 02–6384 (02A244). In re Patrick. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. Justice Scalia took no part in the consideration or decision of this application and this petition.

No. 02–6377 (02A241). Patrick v. Texas. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Certiorari denied. Justice Scalia took no part in the consideration or decision of this application and this petition.